**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAYDEN GRAGNANO, MICHELLE MCCOLLUM individually and on behalf of all other SIMILAR SITUATED,<br><br>     Plaintiff,<br><br>   vs.<br><br>TGI FRIDAY'S INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No.: 8:22-cv-00392-FWS-JDE<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**<br><br>Complaint Filed:  March 25, 2022 |

Pursuant to the parties' Joint Stipulation for Protective Order Regarding Confidential Information (Dkt. 54, "Stipulation") and for good cause shown, the Stipulation shall be entered as an Order of the Court.

**IT IS SO ORDERED.**

DATED: February 10, 2023

_____
JOHN D. EARLY
United States Magistrate Judge

---

1

**STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**