**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYDEN GRAGNANO, MICHELLE MCCOLLUM, individually and on behalf of all other aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>TGI FRIDAYS INC., a New York corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00392-FWS-JDE<br><br>**ORDER RE APPROVING JOINT STIPULATION REGARDING DISSEMINATION OF CLASS NOTICE [93]** |

///

///

///

Having reviewed and considered the reviewed the Joint Stipulation Regarding Dissemination of Class Notice [93] ("Stipulation"), submitted by Plaintiffs Hayden Gragnano and Michelle McCollum ("Plaintiffs") and Defendant TGI Fridays Inc. ("TGIF" or "Defendant") (collectively, "the Parties"), the files and records of the case, the applicable law, and good cause appearing, the court **ORDERS** the following:

1. The court approves the content of the proposed class notice attached as "Exhibit A" to the Stipulation [93-1] and finds that the notice meets the requirements of Fed. R. Civ. P. 23(c)(2)(B).

2. The court finds that the notice procedure set forth in the Stipulation is the best notice that is practicable under the circumstances, pursuant to Fed. R. Civ. P. 23(c)(2)(B).

3. The court appoints CPT Group, Inc. ("CPT") as the third-party administrator for dissemination of the class notice.

4. Plaintiffs' counsel shall pay CPT for all costs associated with the administration of the class notice.

5. By April 26, 2024, TGIF will provide CPT with the name, Social Security number, and last known address, telephone number, and email address of all individuals who worked as a non-exempt employee of TGI Fridays Inc. ("TGIF") in California at any time during the period of February 1, 2020, through March 6, 2024.

6. CPT shall translate the class notice into Spanish prior to dissemination.

7. By May 10, 2024, CPT shall mail a copy of the class notice, in English and Spanish, to all class members via First Class U.S. Mail.

8. Before mailing the class notice, CPT shall perform a search based on the National Change of Address database maintained by the U.S. Postal Service to update and correct any known or identifiable address changes.

9. Class members shall have 45 days from the date of mailing of the class notice to request to be excluded from the class ("Response Deadline").
10. Any class notice returned to CPT as undeliverable before the Response Deadline shall be re-mailed to the forwarding address affixed thereto.
11. If no forwarding address is provided, CPT shall promptly attempt to determine a correct address by use of skip tracing or another type of automated search, and shall re-mail the class notice if another mailing address is identified by CPT.
12. IF CPT forwards or re-mails a class notice to a new address, the Response Deadline for that class member shall be extended by 15 days.
13. CPT shall establish a class website, which will make available the class notice, the exclusion request form, the operative complaint, TGIF's answer, and the court's order granting class certification.
14. Class members may request to be excluded from the class by mailing a written request to CPT stating they wish to be excluded from the class. To be valid, the exclusion request must (1) include the class member's name, address, telephone number, and last four digits of their Social Security number; (2) state that the class member wishes to be excluded from the class; (3) be signed by the class member, and (4) be postmarked by the Response Deadline.
15. Within seven (7) days after the Response Deadline, CPT shall disclose to Plaintiffs' counsel and Defendant's counsel the list of the names and contact information (address, telephone number, and email address) of all class members who did not submit a timely and valid request to be excluded from the class.

16. Any dispute as to the validity or timeliness of an exclusion request that cannot be resolved by the Parties shall be presented to the court for resolution.

**IT IS SO ORDERED.**

Dated: April 1, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE