UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:22-cv-00392-FWS-JDE					Date: November 12, 2024
Title: Michelle McCollum v. TGI Fridays Inc., *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:				Attorneys Present for Defendant:

Not Present							Not Present

**PROCEEDINGS: ORDER TO SHOW CAUSE WHY DEFENDANT'S ANSWER SHOULD NOT BE STRICKEN AND DEFAULT ENTERED**

Plaintiffs Hayden Gragnano and Michelle McCollum ("Plaintiffs") bring this wage-and-hour class action against Defendant TGI Friday's Inc. ("Defendant"). (*See generally* Dkt. 48 (Consolidated Amended Complaint).) Defendant filed an answer on September 22, 2022. (Dkt. 49.)

On October 2, 2024, the court issued an Order Granting Defendant's Counsel's *Ex Parte* Application to be Relieved as Counsel for Defendant. (Dkt. 103 ("Order").) In the Order, the court explained that "[u]nder Local Rule 83-2.2.2, which prohibits entities from representing themselves, Defendant may not appear *pro se*, but must be represented by counsel." (*Id.* at 4-5.) Noting that "when granting motions to withdraw, courts routinely order that corporations promptly retain new counsel," the court gave Defendant until November 4, 2024[1] to substitute counsel. (*Id.* at 5.) The court stated that "[i]f Defendant fails to do so, Plaintiffs may move the court to strike Defendant's responsive pleading and enter default." (*Id.* at 5.)

More than a week after Defendant's deadline to substitute counsel, Defendant has not substituted counsel. However, the court observes that it is possible Derrick Fong-Stempel of Duane Morris LLP may remain counsel of record for Defendant, as he filed a Notice of

---

[1] The court observes that the Order contained a typographical error, listing the year in the deadline as 2022 rather than 2024.

**CIVIL MINUTES – GENERAL**					1

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:22-cv-00392-FWS-JDE | Date: November 12, 2024 |
| Title: Michelle McCollum v. TGI Fridays Inc., *et al.* | |

Appearance on August 18, 2022, (Dkt. 42), and did not join the *Ex Parte* Application to be Relieved as Counsel for Defendant, (*see generally* Dkt. 99).  The court further observes that Plaintiffs have not moved the court to strike Defendant's answer and enter default.  (*See* Order at 5.)

     Accordingly, the court **ORDERS** Defendant to show cause in writing on or before **November 19, 2024,** why the court should not strike its answer and enter default against it.  **Defendant's failure to respond to this Order to Show Cause will result in the court striking Defendant's answer and entering default against Defendant.**  Plaintiffs may file a response to Defendant's filing, or other status report or statement, on or before **November 25, 2024.**  The matter will then be taken under submission.

     Finally, the court **ORDERS** Plaintiff to serve Defendant with a copy of this Order on or before **November 14, 2024**.

                                                        Initials of Deputy Clerk:  mku